UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

UNITED STATES OF AMERICA   :   **SEALED ORDER**

- v. –   :   26 Cr. 165

VLADIMIR SKLAROV,   :
    a/k/a "Val Sklarov,"   :
    a/k/a "Gregory Mitchell,"   :
    a/k/a "Mark Simon Bentley,"   :
    ,   :
        Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Jackie Delligatti;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
       May 4, 2026

THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE