UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

VLADIMIR SKLAROV,
     a/k/a "Val Sklarov,"
     a/k/a "Gregory Mitchell,"
     a/k/a "Mark Simon Bentley,"

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/25/2026__

26 Cr. 165 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed defense counsel's letter at ECF No. 11, requesting that the Court order the Government to transport Defendant to New York by June 30, 2026, and schedule an initial appearance soon thereafter, and advising the Court that Defendant's transportation delays have "deprived [Defendant] of his necessary prescription medications." ECF No. 11 at 1. The Court has also reviewed the Government's response letter, which states that the United States Marshals Service communicated on June 23 that Defendant "was still on track to arrive in New York by June 30." ECF No. 12 at 2. The Government is ORDERED to transport Defendant to New York by **June 30, 2026**, and file a letter certifying compliance with Defendant's arrival in New York by that **same date**. If Defendant is not transported to New York by June 30, the Government shall file a letter on the docket advising the Court of the status of Defendant's arrival by end of day on **June 30, 2026**. The Government is further ordered to ensure that Defendant has access to his prescribed medications

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

SO ORDERED.

Dated: June 25, 2026
      New York, New York

ANALISA TORRES
United States District Judge