UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

VLADIMIR SKLAROV,
     a/k/a "Val Sklarov,"
     a/k/a "Gregory Mitchell,"
     a/k/a "Mark Simon Bentley,"

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/2026
```

26 Cr. 165 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The parties shall appear for an initial conference on **July 27, 2026**, at **10:30 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated:  June 30, 2026
       New York, New York

ANALISA TORRES
United States District Judge